## Church *ads*. Clason and Stanley.

HERE were 18 feparate caufes on one policy. In July term laft, on the refufal of plaintiffs to enter into the confolidation rule, the Court granted imparlances in all the caufes but one, and the like in October term, and now *Boyd* for defendant makes application for further imparlances.

*Riggs* objected. He produced an agreement which had been tendered by plaintiffs to the defendant, and was refused. This he contended would, if accepted, have anfwered the fame purpofe as an exact compliance with the Rule, and ought to have been received; and that the defendants, after refufing that offer, were not entitled to take the effect of the prefent application.

*Per Cur.* The *Englifh confolidation Rule* is the one the Court mean to infist on, and they will not permit the plaintiffs to prefcribe to them any other.

Let the defendant take the effect of his motion.

The plaintiffs then applied for a Rule to examine witneffes, *de bene effe*, in the one caufe which flood open for trial; but the Court refufed it, obferving, that they were entitled to no indulgence, till they had firft acceded to the terms already required.